IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01576-BNB

JUDITH L. JONES,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS, Washington, D.C.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff initiated this action by submitting to the Court *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. In an order filed on July 25, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiff to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Plaintiff to complete the affidavit in support of the motion seeking leave to proceed *in forma pauperis* and to provide an address for herself and Defendant. Plaintiff was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and she has failed to respond in any way to Magistrate Judge Boland's July 25 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 11 day of Sept, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01576-BNB

Judith L. Jones
Clevland Ohio
Main Post Office General Delivery

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk